# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0385.  JEAN A. DEVERZE v. JP MORGAN CHASE BANK, N. A. et al.**

After the trial court dismissed Jean Deverze's action against JP Morgan Chase Bank, N. A., Deverze filed a post-dismissal motion, asserting the same claims that were dismissed by the trial court.  JP Morgan Chase Bank, N. A. orally moved for a bill of peace, which the trial court granted.  Deverze appealed the order granting the bill of peace to this Court.  However, we lack jurisdiction.

"Prevention of vexatious, oppressive and ruinous litigation is a frequent cause for the exercise of equity jurisdiction, and injunctions to restrain a multiplicity of suits in such cases are not only permitted, but favored, by the courts."  *Moreton Rolleston, Jr., Living Trust v. Kennedy*, 277 Ga. 541, 542 (591 SE2d 834) (2004). The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases."  See Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (2). "'Equity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied." *Beauchamp v. Knight*, 261 Ga. 608, 609 (2) (409 SE2d 208) (1991).  In its order, the trial court exercised its equitable powers in granting the defendant's motion.  For these reasons, it appears jurisdiction is in the Supreme Court. Accordingly, this appeal is TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* _____01/15/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*